

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE GORDON THOMPSON)

11  | UNITED STATES OF AMERICA,        | Criminal Case No. 09CR4616-GT
12  |                      Plaintiff,  |
13  | vs.                              | **ORDER TO CONTINUE SENTENCE HEARING DATE**
14  | MARIO MAYA-PEREZ,                |
15  |                      Defendant.  |

16

17    FOR GOOD CAUSE, the parties' joint motion to continue the sentence hearing presently set
18 for April 19, 2010, at 9:00 a.m., is hereby GRANTED. The sentence hearing shall be held on May
19 11, 2010, at 9:00 a.m., before the Honorable GORDON THOMPSON.

20

21    IT IS SO ORDERED.
22 Dated: 16 APR 2010

                                          GORDON THOMPSON
23                                        United States District Judge